# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

John A. Hawkinson
_____
*Plaintiff*

v.

Civil Action No.:   1:20-cv-12273 - ADB

Executive Office for Immigration Review
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION (FOIA)

To: *(Defendant's name and address)*

Executive Office for Immigration Review

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW, Room 1111
A lawsuit has been filed against you. Washington, DC 20530-0001

   Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     John A. Hawkinson
     Box 397103
     Cambridge, MA 02139
     617.797.020

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT*

_____   12/23/2020
*Signature of Clerk or Deputy Clerk*