AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States
was received by me on *(date)* 12/23/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By transmitting it via Federal Express, tracking #772467179532 on Dec. 23, 2020, which was delivered on Dec. 28, 2020 at 8:55 am.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/29/2020

/s/ John A. Hawkinson
*Server's signature*

John A. Hawkinson
*Printed name and title*

Box 397103
Cambridge, MA 02139-7103
*Server's address*

Additional information regarding attempted service, etc:

**FedEx**

December 28, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 772467179532

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | FedEx Location |
| **Signed for by:** | A.OWENS | **Delivery Location:** | 1501 ECKINGTON PLACE NORTHEAST |
| **Service type:** | FedEx Standard Overnight | | WASHINGTON, DC, 20002 |
| **Special Handling:** | Hold at Location | **Delivery date:** | Dec 28, 2020 08:55 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772467179532 | **Ship Date:** | Dec 23, 2020 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Attorney General, c/o AAG for Administration, JMD
U.S. Department of Justice
950 Pennsylvania Ave, NW, Rm 1111
U S GOVERNMENT OFFICES, DC, US, 20530

**Shipper:**
John Hawkinson,
Box 397103
Cambridge, MA, US, 02139

**Reference**   20-cv-12273 D. Mass



Thank you for choosing FedEx

**IMPORTANT!**
**Winter storms are causing hazardous conditions across the Great Plains region of the U.S.** Learn



772467179532     

# Delivered
## Monday 12/28/2020 at 8:55 am

**DELIVERED**

Signed for by: A.OWENS

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Cambridge, MA US | WASHINGTON, DC US |

## Shipment Facts

| | |
|---|---|
| **TRACKING NUMBER**<br>772467179532 | **SERVICE**<br>FedEx Standard Overnight |
| **WEIGHT**<br>0.5 lbs / 0.23 kgs | **DELIVERED TO**<br>FedEx Location |
| **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>20-cv-12273 D. Mass |
| **PACKAGING** | **SPECIAL HANDLING SECTION** |



FedEx Envelope Hold at Location

**STANDARD TRANSIT** 
12/24/2020 by 12:00 pm

**SHIP DATE** 
Wed 12/23/2020

**ACTUAL DELIVERY**
Mon 12/28/2020 8:55 am

## Travel History

Local Scan Time 

**Monday , 12/28/2020**

| 8:55 am | WASHINGTON, DC | Delivered |
| | | Delivered to recipient at FedEx Facility |

**Thursday , 12/24/2020**

| 10:06 pm | WASHINGTON, DC | Delivery exception |
| | | Business closed - No delivery attempt |
| 9:44 am | WASHINGTON, DC | Ready for recipient pickup |
| | | Package available for pickup at: 1501 ECKINGTON PLACE NORTHEAST |
| 5:19 am | DULLES, VA | At destination sort facility |
| 4:26 am | NEWARK, NJ | Departed FedEx location |

**Wednesday , 12/23/2020**

| 11:36 pm | NEWARK, NJ | Arrived at FedEx location |
| 8:35 pm | SOUTH BOSTON, MA | Left FedEx origin facility |
| 6:44 pm | SOUTH BOSTON, MA | Picked up |
| 1:12 pm | | Shipment information sent to FedEx |

