# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

John A. Hawkinson
_____
*Plaintiff*

v.

Executive Office for Immigration Review
_____
*Defendant*

Civil Action No.:   1:20-cv-12273 - ADB

## SUMMONS IN A CIVIL ACTION (FOIA)

To: *(Defendant's name and address)*

Executive Office for Immigration Review

Executive Office for Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Hawkinson
Box 397103
Cambridge, MA 02139
617.797.020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
CLERK OF COURT

_____   12/23/2020
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Executive Office for Immigration Review__
was received by me on *(date)* __12/23/2020__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By transmitting it via Federal Express, tracking #772467292933 on Dec. 23, 2020, which was delivered on Dec. 28, 2020 at 10:15 am.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/29/2020__

/s/ John A. Hawkinson
*Server's signature*

John A. Hawkinson
*Printed name and title*

Box 397103
Cambridge, MA 02139-7103
*Server's address*

Additional information regarding attempted service, etc:



December 28, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 772467292933

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | L.AVANT | Delivery Location: | 4720 EISENHOWER AVENUE |
| Service type: | FedEx Standard Overnight | | ALEXANDRIA, VA, 22304 |
| Special Handling: | Deliver Weekday | Delivery date: | Dec 28, 2020 10:15 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772467292933 | Ship Date: | Dec 23, 2020 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Executive Office f Immigration Rvw, EOIR
5107 Leesburg Pike
Suite 2150
FALLS CHURCH, VA, US, 22041

Shipper:
John Hawkinson,
Box 397103
Cambridge, MA, US, 02139

Reference    20-cv-12273 D. Mass



Thank you for choosing FedEx

**IMPORTANT!**
**Winter storms are causing hazardous conditions across the Great Plains region of the U.S.** Learn

772467292933   

## Delivered
## Monday 12/28/2020 at 10:15 am

**DELIVERED**

Signed for by: L.AVANT

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Cambridge, MA US | FALLS CHURCH, VA US |

### Shipment Facts

**TRACKING NUMBER**
772467292933

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
FedEx Location

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
20-cv-12273 D. Mass

**PACKAGING**

**SPECIAL HANDLING SECTION**

FedEx Envelope                                  Deliver Weekday

**STANDARD TRANSIT**         **SHIP DATE**
          
12/28/2020 by 4:30 pm         Wed 12/23/2020

**ACTUAL DELIVERY**
Mon 12/28/2020 10:15 am

## Travel History                                              Local Scan Time  

| | | | |
|---|---|---|---|
| **Monday , 12/28/2020** | | | |
| 10:15 am | ALEXANDRIA, VA | Delivered | |
| **Thursday , 12/24/2020** | | | |
| 11:23 am | ALEXANDRIA, VA | Delivery exception | |
| | | Business closed - No delivery attempt | |
| 11:23 am | ALEXANDRIA, VA | Delivery exception | |
| | | Rerouted to revised delivery address | |
| 11:23 am | ALEXANDRIA, VA | Ready for recipient pickup | |
| | | Package available for pickup at: 4720 EISENHOWER AVENUE | |
| 8:55 am | ALEXANDRIA, VA | At local FedEx facility | |
| 5:19 am | DULLES, VA | At destination sort facility | |
| 4:26 am | NEWARK, NJ | Departed FedEx location | |
| **Wednesday , 12/23/2020** | | | |
| 11:36 pm | NEWARK, NJ | Arrived at FedEx location | |
| 8:35 pm | SOUTH BOSTON, MA | Left FedEx origin facility | |
| 6:44 pm | SOUTH BOSTON, MA | Picked up | |
| 1:18 pm | | Shipment information sent to FedEx | |

