UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. HAWKINSON<br>    *Plaintiff*,<br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br>    *Defendant*. | Civil Action No.<br><br>20-cv-12273-ADB |

**PLAINTIFF'S ERRATUM FOR EOIR SUMMONS RETURN DOCKET TEXT**

Plaintiff John A. Hawkinson files this erratum correcting the date of service upon Defendant Executive Office for Immigration Review in the docket text of Docket Entry 9, which misstated the date of service as "1/28/2020" rather than "12/28/2020."

The actual PDF document attached to D.E. 9 was correct, and remains unchanged, but is refiled herewith for convenience.

                                      **PLAINTIFF**,
                                      **JOHN A. HAWKINSON**, *pro se*

                                      */s/ John A. Hawkinson*
                                      John A. Hawkinson
                                      Box 397103
                                      Cambridge, MA 02139-7103
                                      617-797-0250
Dated: December 30, 2020            jhawk@alum.MIT.EDU